# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2019 KW 1088

VERSUS

GREGORY D. SEALEY

OCT 1 8 2019

In Re:   Gregory D. Sealey, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-15-0117.

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT